```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-20-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                              **ORDER**
                              16-CR-324 (ALC)

-against-

Raul Romero-Granados,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for May 26, 2022 is adjourned to **July 12, 2022** at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
         May 20, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**