USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-7-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                -against-

Raul Romero-Granados,
-----------------------------------------------------------X

**ORDER**

16-CR-324 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The July 12, 2022 sentencing is adjourned to **September 22, 2022** at **12:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       July 7, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE