USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9-15-22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                -against-

Raul Romero-Granados,
-----------------------------------------------------------X

**ORDER**

16-CR-324 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for September 22, 2022 will take place at **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
       September 15, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE