UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9.27.22

------------------------------X

UNITED STATES OF AMERICA

- against -

RAUL ROMERO-GRANADOS,
    a/k/a Raul Romero-Granades,
    a/k/a "Chicaras,"
    a/k/a "El Negro,"

    Defendant.

------------------------------X

ORDER OF
JUDICIAL
REMOVAL

S4 16 CR 324 (ALC)

    Upon the application of the United States of America, by Elinor L. Tarlow, Assistant United States Attorney, Southern District of New York and by Jacqueline Kelly, Assistant United States Attorney; upon the Factual Allegations in Support of Judicial Removal; upon the consent of RAUL ROMERO-GRANADOS ("the defendant") a/k/a Raul Romero-Granades, a/k/a Chicaras, a/k/a El Negro, and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

    1.    The defendant is not a citizen or national of the United States.

    2.    The defendant is a native of Mexico and a citizen of Mexico.

    3.    The defendant initially entered the United States without inspection at an unknown time and an unknown place of entry. On or about February 18, 2007, the defendant was encountered by United States Customs and Border Protection near Nogales, Arizona, and was processed as a voluntary return.

4.      At some point after February 18, 2007, but before 2016, the defendant illegally re-entered the United States without being admitted or paroled or at any time or place than as designated by the Attorney General.

5.      At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, under the five count superseding criminal information ("the Superseding Information") charging him with the following offenses: Count One of the Superseding Information charges the defendant with conspiracy to engage in sex trafficking, in violation of Title 18 United States Code, Section 1594(c); Count Two charges the defendant with sex trafficking of 15 minor and adult victims by using force, fraud, coercion, or a combination of such means, in violation of Title 18 United States Code, Sections 1591(a), (b)(1), (b)(2), and 2; Count Three charges the defendant with transporting four minors for illegal sexual activity, in violation of Title 18 United States Code, Sections 2423(a) and 2; Count Four charges the defendant with transporting eleven adults for illegal sexual activity, in violation of Title 18 United States Code, Sections 2421 and 2; Count Five charges the defendant with illegal re-entering the United States, in or about 2016, in violation of Title 8 United States Code 1326.

6.      The total maximum term of imprisonment for Counts One through Five of the Superseding Information is life imprisonment, with a mandatory minimum sentence of 25 years imprisonment.

7.      The defendant is and at sentencing will be subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; Section 212(a)(2)(D)(ii), 8 U.S.C. § 1182(a)(2)(D)(ii), as an alien who has been convicted of,

who has directly or indirectly procured or attempted to procure or to import, prostitutes or persons for the purpose of prostitution or received the proceeds of prostitution; Section 212(a)(6)(E)(i) of the INA, 8 U.S.C. § 1182(a)(6)(E)(i), as an alien who at any time knowingly has encouraged, induced, assisted, abetted, or aided any other alien to enter or try to enter the United States in violation of law; and Section 212(a)(6)(A)(i) of the INA, 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place than as designated by the Attorney General; and Section 212(a)(9)(C)(i)(II) of the INA; 8 U.S.C. § 1182(a)(9)(C)(i)(II), as an alien who has been ordered removed under section 235(b)(1), section 240, or any other provision of law, and who enters or attempts to reenter the United States without being admitted.

8. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Mexico.

Dated:   New York, New York
         September 22, 2022

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE